UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAJEEV PRASAD,<br><br>                    Plaintiff,<br><br>v.<br><br>MARIOTT HOTEL SERVICES, INC. d/b/a/<br>THE TIMES SQUARE EDITION, and<br>TIMES SQUARE EDITION, Individually,<br><br>                    Defendants. | No. 23-CV-1288 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, the Court unfortunately needs to reschedule the telephonic conference in this action previously set for tomorrow, April 14, 2023, at 4:45 p.m. Accordingly, the telephonic conference is hereby rescheduled to 12:30 p.m. tomorrow, April 14, 2023. Call-In Number: (888) 363-4749; Access Code: 1015508#. Should this present a conflict for either party, they may make an application to the Court by letter for further adjournment.

SO ORDERED.

Dated:    April 13, 2023
             New York, New York

                                                         Ronnie Abrams
                                                         United States District Judge