UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAJEEV PRASAD,<br><br>                          Plaintiff(s),<br><br>-against-<br><br>MARRIOTT HOTEL SERVICES, INC., et al.,<br><br>                          Defendant(s). | 23-cv-1288 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On September 26, 2023, the parties responded to the Court's Notice of Reassignment. Dkts. 13, 14. In addition to addressing the Notice's questions, which the Court appreciates, the parties also requested a 90-day extension to all discovery deadlines. The parties are reminded to review the Court's individual practices, which require that all extensions requests be submitted by letter motion. And while the Court appreciates the parties' attempts to settle this case, the Court does not see that as a reason to extend the discovery deadlines. The parties may renew their request by letter motion if there are other reasons why they think the extension should be granted.

      SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                                                ARUN SUBRAMANIAN
                                                                United States District Judge