UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAJEEV PRASAD,

     Plaintiff,

  -against-

MARRIOTT HOTEL SERVICES, INC., et al.,

     Defendants.

23cv-1288 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

 A remote status conference is scheduled in this case for November 8. In anticipation of that conference, the parties should submit a joint letter (not to exceed two pages) by **November 7, 2023, at 5:00 p.m.**, addressing (1) the status of settlement discussions (without disclosing details) and (2) issues to be addressed at the conference.

 SO ORDERED.

Dated: November 6, 2023
   New York, New York

             ARUN SUBRAMANIAN
             United States District Judge