UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAJEEV PRASAD,

                Plaintiff,

-against-

MARRIOTT HOTEL SERVICES, INC., et al.,

                Defendants.

23-cv-1288 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Discovery in this case closes today. Dkt. 20. By January 31, 2024, at 5:00 p.m., the parties shall inform the Court whether either side intends to file summary-judgment motions. If they do, the parties shall propose a briefing schedule for those motions.

    SO ORDERED.

Dated: January 29, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge